```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -  x
                                 :
UNITED STATES OF AMERICA         :
                                 :
                                 :  07 Cr. 291 (KMK)
           - v. -                :
                                 :  ORDER
JOHN DOE,                        :
                                 :
- - - - - - - - - - - - - - - -  x
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/10/07

IT IS HEREBY ORDERED that:

(1) all previously-sealed documents in this case be unsealed, with the exception of the following three documents:

(a) the Government's letter dated June 26, 2007, requesting the sealing of court documents in this case;

(b) the Court's order dated June 26, 2007, ordering the sealing of documents in this case and amending the caption; and

(c) the Government's letter dated July 26, 2007, requesting the unsealing of court documents in this case;

(2) all docket entries in this case (including ECF and PACER entries) be unsealed, with the exception of any docket entries regarding the documents identified in Paragraph (1) above;



(3) the caption of the case shall be changed back to its original form.

Dated:   New York, New York
         August 10, 2007

                                   _____
                                   UNITED STATES DISTRICT JUDGE