UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA               :
                                       :  **ORDER**
        -v-                            :  07 Cr. 291
                                       :
LAMONT VANDERHORST,                    :
    a/k/a "Tiny Bum,"                  :
                                       :
        Defendant.                     :
                                       :
- - - - - - - - - - - - - - - - - - - - - X

  Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Avi Weitzman;

  IT IS HEREBY ORDERED that the Indictment in the above-captioned action be unsealed since the defendant in the action has been arrested and is being presented and arraigned under the above-listed Indictment.

Dated: New York, New York
   June 22, 2007

[USDC SDNY stamp / FILED JUN 22 2007]

_____
UNITED STATE MAGISTRATE JUDGE

DOUGLAS F. EATON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK