

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 23, 2008

**BY HAND**
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 615
New York, New York 10007

      Re:    United States v. Lamont Vanderhorst
             07 Cr. 291 (RJS)

Dear Judge Sullivan:

      The Government respectfully submits this letter to confirm that the initial conferenc in the above-referenced case has been scheduled for February 4, 2008 at 10:00 a.m., and to request an exclusion of time under the Speedy Trial Act.

      The defendant in this case was indicted on or about April 12, 2007, and was presented and arraigned on June 22, 2007, before the Honorable Douglas F. Eaton. After his presentment on the above-referenced indictment, the defendant was released on bail. He thereafter appeared in the Eastern District of Virginia in connection with a separate narcotics case against him, United States v. Lamont Marloe Vanderhorst, 3:07 Cr. 129, on which he was denied bail and detained. On or about September 4, 2007, Vanderhorst pled guilty to the charges in the Eastern District of Virginia, and was sentenced to 327 months' imprisonment on or about December 7, 2007. The defendant was returned to this District by the United States Marshal Service on or about January 9, 2008, and an initial scheduling conference has been scheduled for February 4, 2008.

      The Government respectfully requests, with defense counsel's consent, that time be excluded for purposes of the Speedy Trial Act from today through and including February 4, 2008. The Government makes this request in order to permit the Government to collect and

Hon. Richard J. Sullivan
January 23, 2008
Page 2

produce discovery and to provide the defendant an opportunity both to review discovery and to consider a possible disposition of the case. Therefore, the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8).

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney
        Southern District of New York

By: _____
        Avi Weitzman
        Assistant United States Attorney
        Telephone: (212) 637-1205

cc:    Martin Geduldig, Esq.
       (by fax: 516-937-1456)

*[Handwritten: The time between today and February 4, 2008 will be excluded pursuant to 18 USC 3161(h)(8)(A) in the interest of justice.]*

SO ORDERED
Dated: _____
        RICHARD J. SULLIVAN
        U.S.D.J.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2008

**BY HAND**
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 615
New York, New York 10007

      Re:    United States v. Lamont Vanderhorst
             07 Cr. 291 (RJS)

Dear Judge Sullivan:

      The Government respectfully submits this letter following up on its prior letter, dated January 23, 2008, requesting an exclusion of time under the Speedy Trial Act in the above-referenced case. It has come to the Government's attention that the Government failed to indicate in its prior letter whether the defendant consents to the Government's request for an exclusion of time. Indeed, before submitting the Government's letter, defense counsel, Martin Geduldig, Esq., orally consented to the Government's request for an exclusion of time under the Speedy Trial Act from January 23, 2008 through and including February 4, 2008. Please excuse the Government's oversight in failing to so indicate in its January 23, 2008 letter.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney
      Southern District of New York

By: _____
      Avi Weitzman
      Assistant United States Attorney
      Telephone: (212) 637-1205

cc:    Martin Geduldig, Esq. (by fax: 516-937-1456)