

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 3, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

**BY HAND**
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 615
New York, New York 10007

      Re:    United States v. Lamont Vanderhorst
             07 Cr. 291 (RJS)

Dear Judge Sullivan:

      The Government respectfully submits this letter to request a conference in the above-referenced case and an exclusion of time under the Speedy Trial Act.

      A conference was originally scheduled for March 31, 2008 in this matter, but was adjourned *sine die* shortly before the conference because the United States Marshals Service mistakenly transferred the defendant to a designated facility in light of his recent conviction on federal narcotics charges in the Eastern District of Virginia. The defendant could not be transferred back to the MCC or MDC in time for the March 31, 2008 conference. I understand that the defendant is now back in the Southern District of New York.

      Defense counsel is currently engaged in a trial before the Honorable Robert W. Sweet, and anticipates that the trial will not conclude before early next week. Accordingly, the Parties respectfully request that a pre-trial conference be scheduled either for late next week or one day the following week.

Honorable Richard J. Sullivan
April 3, 2008
Page 2 of 2

       In addition, the Parties respectfully request that time be excluded for purposes of the Speedy Trial Act from today through and including the date of the next scheduled conference. The Government makes this request in order to permit the Parties to continue to engage in plea discussions. Therefore, the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

                                     Respectfully submitted,

                                       MICHAEL J. GARCIA
                                       United States Attorney
                                       Southern District of New York

By: _____
      Avi Weitzman
      Assistant United States Attorney
      Telephone: (212) 637-1205

cc:    Martin Geduldig, Esq. (by fax: 516-937-1456)

*[Handwritten:]* For the reasons stated herein, the time between this date and April 15, 2008 will be excluded in the interest of justice pursuant to 18 U.S.C. § 3161(h)(8)(A) & B(iv). The next pre-trial conference will take place at 3:30pm on April 15, 2008.

SO ORDERED.
Date: 4/4/08
RICHARD J. SULLIVAN
U.S.D.J.