

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

~~MEMO ENDORSED~~

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 15, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

**BY HAND**
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 615
New York, New York 10007

      Re:    United States v. Lamont Vanderhorst
              07 Cr. 291 (RJS)

Dear Judge Sullivan:

      The Government respectfully submits this letter to request a brief adjournment of the conference currently scheduled for May 16, 2008 in the above-referenced case and an exclusion of time under the Speedy Trial Act.

      The Government and defense counsel have been engaging in plea discussions. However, because the defendant was in medical isolation for a period of time due to a chicken pox outbreak in jail, those discussions had stalled. I understand that the defendant has recently been removed from medical isolation, and the Parties' plea discussions are now ready to be resumed. The Government anticipates that the Parties will be able to work out a disposition of this matter short of trial in the next few weeks. Accordingly, the Government respectfully requests an adjournment of the conference until a date in the first two weeks of June. I have contacted defense counsel, Martin Geduldig, to seek his consent to the Government's request, and have not heard any opposition from him.

Honorable Richard J. Sullivan
May 15, 2008
Page 2 of 2

   In addition, the Parties respectfully request that time be excluded for purposes of the Speedy Trial Act from today through and including the date of the next scheduled conference. The Government makes this request in order to permit the Parties to continue to engage in plea discussions. Therefore, the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8).

           Respectfully submitted,

           MICHAEL J. GARCIA
           United States Attorney
           Southern District of New York

     By: *[signature]*
        Avi Weitzman
        Assistant United States Attorney
        Telephone: (212) 637-1205

cc: Martin Geduldig, Esq. (by fax: 516-937-1456)

---

*[Handwritten order:]* The May 16, 2008 Conference is hereby adjourned until June 9, 2008 at 2:15pm. The time between today and June 9 is excluded pursuant to 18 USC 3161(h)(8)(A) in the interest of justice.

SO ORDERED
Dated: 5/16/08
RICHARD J. SULLIVAN
U.S.D.J.