USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA        :
:
    - v. -                    :   ORDER OF FORFEITURE
:
LAMONT VANDERHORST,             :   07 Cr. 291 (RJS)
    a/k/a "Tiny Bum,"           :
:
              Defendant.      :

- - - - - - - - - - - - - - - - x

    WHEREAS, on or about April 12, 2007, LAMONT VANDERHORST, a/k/a "Tiny Bum," (the "Defendant"), was charged in a two-count Indictment 07 Cr. 291 (the "Indictment") with participating in a conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h) (Count One), and with committing money laundering, in violation of 18 U.S.C. § 1956(a)(3)(A), (B), and (C) (Count Two);

    WHEREAS, the Indictment included a forfeiture allegation seeking, pursuant to 18 U.S.C. § 982, at least $5,895 in United States Currency, representing the amount of property involved in the money laundering offenses and traceable to the money laundering offenses charged in Counts One and Two of the Indictment;

    WHEREAS, on or about June 9, 2008, the defendant, LAMONT VANDERHORST, pled guilty to Count One of the Indictment, pursuant to a plea agreement;

1

WHEREAS, on or about July 10, 2008, the defendant was sentenced and ordered to forfeit $5,895 in United States Currency, representing the amount of proceeds obtained as a result of the offense charged in Count One of the Indictment; and

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count One of the Indictment, for which the defendant pled guilty, a money judgment in the amount of $5,895 shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, LAMONT VANDERHORST, at the time of sentencing and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4. All payments on the outstanding money judgment

shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service", and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrews Plaza, New York, New York 10007.

5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

6. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney, Sharon Cohen Levin, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       July  11 , 2008

                                   SO ORDERED:

                                   _____
                                   HONORABLE RICHARD J. SULLIVAN
                                   UNITED STATES DISTRICT JUDGE